UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1341
(8:23-cv-02156-DLB)

_____

STEVE FORD, individually and on behalf of all others similarly situated

    Plaintiff - Appellee

v.

GENESIS FINANCIAL SOLUTIONS, INC.; SPRING OAKS CAPITAL SPV, LLC

    Defendants - Appellants

------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; AMERICAN FINANCIAL SERVICES ASSOCIATION

    Amici Supporting Appellants

PUBLIC JUSTICE

    Amicus Supporting Appellee

_____

M A N D A T E
_____

The judgment of this court, entered May 30, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*